**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LOUIS A. BANKS,                    ) | |
|                                    ) | |
|     Plaintiff,                     ) | |
|                                    ) | |
| v.                                 ) | Civil Action No. 21-3380 (UNA) |
|                                    ) | |
| DISTRICT OF COLUMBIA, *et al.*,    ) | |
|                                    ) | |
|     Defendants.                    ) | |

**<u>MEMORANDUM OPINION</u>**

This matter comes before the court on review of plaintiff Louis A. Banks' application to proceed *in forma pauperis* and his *pro se* civil complaint. The Court will grant the application and dismiss the complaint.

A *pro se* litigant's pleadings are held to less stringent standards than the standard applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense

and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff appears to bring a civil rights claim pertaining to his minor son's education, *see, e.g.,* Compl. at 4, 7 (page numbers designated by CM/ECF), but his complaint neither identifies the constitutional right violated nor alleges facts to support any sort of claim against defendants.  For example, plaintiff provides a long list of defendants, among whom are elected officials of the District of Columbia, *see id.* at 8, without alleging facts demonstrating how or when these defendants "colluded . . . with[] Teacher, Administrator, Health Officials and law enformacement [sic] keeping [his son] out of education programs," *id.* at 6.  Similarly, the complaint fails to allege facts pertaining to the federal government defendants in this case.  The complaint mentions litigation plaintiff appears to have initiated in the United States Court of Federal Claims in 2019 without explaining its relevance to this case.  *See id.* at 9-14.

As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).  The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint without prejudice.   An Order consistent with this Memorandum Opinion is issued separately.

DATE: January 18, 2022                                        /s/
                                                              TANYA S. CHUTKAN
                                                              United States District Judge